UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JAN 2 1 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                               INFORMATION NO. 5:26-CR-1-KKC

TARRONE D. MOSS, JR.

\*   \*   \*   \*   \*

THE UNITED STATES CHARGES:

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about March 19, 2024, in Fayette County, in the Eastern District of Kentucky,

**TARRONE D. MOSS, JR.**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, to another, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about March 19, 2024, in Fayette County, in the Eastern District of Kentucky,

**TARRONE D. MOSS, JR.,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Glock, Model 27, Caliber .40, pistol, bearing serial number XLC111, that was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
## 18 U.S.C. § 924(c)(1)(A)

On or about March 19, 2024, in Fayette County, in the Eastern District of Kentucky,

**TARRONE D. MOSS, JR.**

did knowingly possess a firearm, to wit, a to wit: a Glock, Model 27, Caliber .40, pistol, bearing serial number XLC111, in furtherance of a drug trafficking crime as charged in Count 1 of this Information for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1.  By virtue of the commission of the felony offense alleged in Count 1 of the Information, **TARRONE D. MOSS, JR.,** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841.

Any and all interest that **TARRONE D. MOSS, JR.** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Information, **TARRONE D. MOSS, JR.** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and 924(c). Any and all interest that **TARRONE D. MOSS, JR.** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

_____
PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**   Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug offense conviction:**   Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNT 2:**   Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**If an armed career criminal:**   Not less than 15 years nor more than life imprisonment, a fine of not more than $250,000, and not more than 3 years supervised release.

**COUNT 3:**   Not less than 5 years imprisonment and not more than life imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:**   Forfeiture, if applicable.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.