UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 5:26-cr-00001-KKC

UNITED STATES OF AMERICA PLAINTIFF

v. SENTENCING MEMORANDUM

TARRONE D. MOSS DEFENDANT

* * * * * * * *

Comes the Defendant, Tarrone Moss, by counsel, and hereby moves the Court to sentence him to the minimum sentence from the guideline sentence correctly calculated in PSR paragraph # (). In support of this motion, the Defendant cites to 18 U.S.C. §3553(a)(2). Further argument in support of this request follows:

## ARGUMENT

The PSR prepared in this case accurately describes the nature of Mr. Moss's offense and his criminal history. The defense has no objection to the calculation of the guidelines sentence or any of the specific offense characteristics that the probation office found to apply. A sentence of 106 months is sufficient, but not greater than necessary to serve the edicts of 18 USC § 3553.

Mr. Moss was born to teen parents and was raised by his grandparents due to his parents not being willing or able to take care of him. Mr. Moss's father has a lengthily criminal history that began shortly after he turned 18 years old up to and including charges as recently as December 2025. Mr. Moss is not yet 25 years old. He has spent a large part of his young adulthood

incarcerated in county jails and state prison. He will now spend another additional large amount of time in federal custody.

Mr. Moss recognizes that he is a product of a generational cycle of crime and incarceration. He further recognizes that his behavior and associations have led him to repeat that same cycle in his own life. Mr. Moss wants to do something different and become a productive, educated, law abiding person.

Mr. Moss is requesting this Court include all provisions that would allow him to seek job training, vocational education, allow him to learn a trade, and have marketable skills when he is released from Federal custody. The principles of 18 USC 3553(a)(2) are satisfied by a minimum sentence under the Sentencing Guidelines of 106 months.

Respectfully submitted,

*_/s/Erica M. Roland_*
Erica Roland
ARVIN AND MANNING, PLLC
108 West Maple
Nicholasville, KY 40356
Ph: (859)885-4106
erica@arvinandmanning.com

**NOTICE**

Please take notice that the foregoing Motion shall come before this Honorable Court at the sentencing hearing scheduled for April 23, 2026 at 10:30 am.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Hon. Ron Walker, Assistant United States Attorney.

*/s/Erica M. Roland*
Erica M. Roland
Counsel for Mr. Rodriguez Fernandez